ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 17-414C

(Filed: May 30, 2017)

|  |  |
|---|---|
| DAVID DESPOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

FILED

MAY 30 2017

U.S. COURT OF
FEDERAL CLAIMS

ORDER

      On March 20, 2017, plaintiff, David Despot, submitted a complaint to the clerk of this court but neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. The complaint was nonetheless filed. By letter dated April 26, 2017, plaintiff was notified by the Clerk's office that the filing fee was due. The filing fee still remained unpaid. In this circumstance, on May 17, 2017, plaintiff was ordered to show cause on or before May 26, 2017, why the case should not be dismissed for failure to pay the filing fee. Plaintiff has not responded.

      Plaintiff's complaint shall be DISMISSED for failing to pay the filing fee. The clerk is direct to enter judgment in accord with this disposition.

      No costs.

      It is so ORDERED.

_____
Charles F. Lettow
Judge